# United States Bankruptcy Court
## Northern District of Georgia

In re: __Bryan Joey Beckerman__
Debtor(s)

Case No. _____
Chapter __7__

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, __Bryan Joey Beckerman__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

☒ Other
__The debtor has not received a pay advice since September 9, 2020, only disbursements__

Date __January 12, 2021__

Signature /s/ Bryan Joey Beckerman
Bryan Joey Beckerman
Debtor