Certificate Number: 13858-GAN-DE-035349968

Bankruptcy Case Number: 21-50307



13858-GAN-DE-035349968

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2021, at 1:40 o'clock PM EST, Bryan Joey Beckerman completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  February 9, 2021         By:   /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title:  Counselor